## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Violet Hernandez

                                   Plaintiff,

v.                                                          Case No.: 1:19–cv–05335
                                                               Honorable Sharon Johnson Coleman

The Village of Carpentersville, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2020:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 1/14/2020. Plaintiff's motion for leave to file a second amended complaint at law in lieu of responding to the defendants' motion to dismiss [21] is granted. Plaintiff is to file the second amended complaint as a separate entry on the case docket. Responsive pleading to be filed by 2/11/2020. Defendants' motion to dismiss [18] is moot. Status hearing is set for 2/27/2020 at 9:00 AM. If defendants do not file a motion to dismiss, a joint status report is to be filed by 2/26/2020. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.